# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 19-7378-JPR**                                              Date: **May 8, 2020**
Title:  **Karen Trejo Howard v. Andrew M. Saul**
===============================================================
**DOCKET ENTRY: Order to Show Cause re Plaintiff's Failure to Prosecute**
===============================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
  None present                                               None present

**PROCEEDINGS: (IN CHAMBERS):**

    Under the terms of the Court's August 29, 2019 case-management order and the three subsequent orders extending the briefing schedule, Plaintiff was obligated to provide her portion of the joint stipulation to Defendant by no later than April 27, 2020. On April 30, Defendant filed notice that she had not done so, nor had she contacted him about obtaining an extension of time.  Defendant represents that this is a continuing pattern with Plaintiff's counsel and that her behavior puts a burden on Defendant of having to take extra steps — reminders to Plaintiff's counsel and the filing of notices alerting the Court to the problem, for example — to move the case along.

    Accordingly, no later than Tuesday, May 12, 2020, Plaintiff's counsel is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and to follow Court orders.  If within that time frame Plaintiff submits her portion of the joint stipulation to Defendant and files notice of having done so or Plaintiff or the parties together file a request for an extension of time, this OSC will automatically be discharged.

    **Plaintiff's failure to timely respond to this OSC will likely result in dismissal of this action.**

MINUTES FORM 11                                                            Initials of Deputy Clerk:bm
CIVIL-GEN